Opinion issued May 2, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00016-CV

____________


BARBARA DEAN KUCERA, Appellant


V.


J. JESUS BECERRA, Appellee






On Appeal from the County Civil Court at Law No. 1

Brazos County, Texas

Trial Court Cause No. 50,754-CCL1






O P I N I O N

 Appellant has filed a motion to dismiss her appeal. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.


PER CURIAM

Panel consists of Justices Cohen, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.